UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS MARTINEZ *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-CV-194 |
| WERNER ENTERPRISES, INC. *et al.* | § § | |
| Defendants. | § § | |

# ADVISORY

On November 2, 2021, the parties filed an Advisory, wherein they note that this matter's settlement agreement is still pending approval from the United States Bankruptcy Judge (Dkt. No. 43). The parties also ask that this matter remain administratively closed (*id.*).

Upon consideration, it is **ORDERED** that the parties shall jointly file an advisory no later than **January 3, 2022**. The advisory will update the Court on any developments in the bankruptcy proceeding and advise how the parties wish to proceed.

It is so **ORDERED**.

**SIGNED** November 3, 2021.

_____
Marina Garcia Marmolejo
United States District Judge